IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RED ROCK SERVICES CO., LLC, : | CIVIL ACTION |
| : | No. 13-784 |
|     Debtor. : | |
| : | |
| ROBERT H. HOLBER, : | |
| Chapter 7 Trustee, of Red Rock : | |
| Services Co., Inc., : | |
| : | |
|     Plaintiff-Appellee, : | |
| : | |
|         v. : | |
| : | |
| SUFFOLK CONSTRUCTION COMPANY, : | |
| INC., : | |
| : | |
|     Defendant-Appellant. : | |

## O R D E R

**AND NOW**, this **8th** day of **December, 2014,** upon consideration of the above-captioned appeal from the Bankruptcy Court's order of March 15, 2013 (Adv. No. 09-2112, ECF No. 256), awarding net damages to Plaintiff-Appellee in the amount of $440,159.63, and the Bankruptcy Court's order of January 2, 2013 (Adv. No. 09-2112, ECF No. 238), awarding net attorneys' fees and costs to Plaintiff-Appellee in the amount of $494,299.32, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Bankruptcy Court's decision is **AFFIRMED.**

    **AND IT IS SO ORDERED.**

                                          /s/ Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO,    J.**